UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



IN RE BIOAGE LABS, INC., SECURITIES LITIGATION

Case No. 25-cv-00196-RS

**FINAL JUDGMENT**

Having granted Defendant BioAge Lab's motion to dismiss without leave to amend, final judgment is hereby entered in favor of Defendant BioAge Labs and against lead Plaintiff the Southeastern Pennsylvania Transportation Authority. *See* Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED**.

Dated: March 3, 2026

RICHARD SEEBORG
Chief United States District Judge