# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** **NORTHERN DISTRICT OF CALIFORNIA**

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:25-CV-00196-RS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 01/07/2025

Date of judgment or order you are appealing: 03/02/2026, 03/03/2026

Docket entry number of judgment or order you are appealing: 84, 85

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Southeastern Pennsylvania Transportation Authority (SEPTA)

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** //Stephen R. Basser **Date** 03/27/2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Southeastern Pennsylvania Transportation Authority (SEPTA)

Name(s) of counsel (if any):

Stephen R. Basser and Samuel M. Ward of Barrack, Rodos & Bacine

Address: 600 West Broadway, Suite 900, San Diego, CA 92101

Telephone number(s): 619-230-0800

Email(s): sbasser@barrack.com, sward@barrack.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

BioAge Labs, Inc., Kristen Fortney, Ph.D., Dov Goldstein, M.D., M.B.A., Eric Morgen, M.D., Shane Barton, Jean-Pierre Garnier, Ph.D., Michael Davidson, M.D.

Name(s) of counsel (if any):

Bruce Gordon Vanyo, Christina Lucen Costley, and Paul Satoshi Yong of Katten Muchin Rosenman LLP

Address: 2121 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067-5010

Telephone number(s): 310-788-4400, 310-788-4485, 310-788-4464

Email(s): bruce@katten.com, christina.costley@katten.com, paul.yong@katten.co

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Southeastern Pennsylvania Transportation Authority (SEPTA)

Name(s) of counsel (if any):

Jeffrey A. Barrack and Danielle M. Weiss of Barrack, Rodos & Bacine

Address: 2001 Market Street, Suite 3300, Philadelphia, PA 19103

Telephone number(s): 215-963-0600

Email(s): jbarrack@barrack.com, dweiss@barrack.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Patrick Enright, James Healy, M.D., Ph.D., Rekha Hemrajani, Vijay Pande, Ph.D.

Name(s) of counsel (if any):

Bruce Gordon Vanyo, Christina Lucen Costley, and Paul Satoshi Yong of Katten Muchin Rosenman LLP

Address: 2121 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067-5010

Telephone number(s): 310-788-4400, 310-788-4485, 310-788-4464

Email(s): bruce@katten.com, christina.costley@katten.com, paul.yong@katten.co

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*